JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE TERRELL | Case No. SACV10-825-JVS(ANx) |
| Plaintiff, | Hon. James V. Selna |
| v. | **JUDGMENT** |
| HARTE-HANKS SHOPPERS, INC. dba PENNYSAVER, NANCY HAUPENTHAL, | |
| Defendants. | |

1   This action came on for hearing before the Court, on July 11, 2011, on a
2  Motion for Summary Judgment by Defendants Harte-Hanks Shoppers, Inc. and
3  Nancy Haupenthal ("Defendants"), the Hon. James V. Selna, United States District
4  Court Judge, presiding.  There was no appearance on behalf of Plaintiff Willie
5  Terrell  ("Plaintiff").
6   Pursuant to our July 11, 2010 Order granting Defendants' Motion for
7  Summary Judgment against Plaintiff's claims in their entirety, IT IS HEREBY
8  ADJUDGED that Plaintiff's claims are all dismissed with prejudice, that Plaintiff
9  Willie Terrell shall take nothing, that Defendants shall have judgment against
10 Plaintiff on all claims, and that Defendants shall recover their costs incurred
11 herein.

13 Dated:  September 12, 2011

_____
The Honorable James V. Selna
United States District Court Judge