1
2
3
4                                                                 JS-6
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE TERRELL ) | Case No.  SACV10-825-JVS(ANx) |
| ) | |
| Plaintiff, ) | Hon. James V. Selna |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| HARTE-HANKS SHOPPERS, INC. dba ) | |
| PENNYSAVER, NANCY ) | |
| HAUPENTHAL, ) | |
| ) | |
| Defendants. ) | |

[PROPOSED] JUDGMENT

13573196v.1

This action came on for hearing before the Court, on July 11, 2011, on a Motion for Summary Judgment by Defendants Harte-Hanks Shoppers, Inc. and Nancy Haupenthal ("Defendants"), the Hon. James V. Selna, United States District Court Judge, presiding. There was no appearance on behalf of Plaintiff Willie Terrell ("Plaintiff").

Pursuant to our July 11, 2010 Order granting Defendants' Motion for Summary Judgment against Plaintiff's claims in their entirety, IT IS HEREBY ADJUDGED that Plaintiff's claims are all dismissed with prejudice, that Plaintiff Willie Terrell shall take nothing, that Defendants shall have judgment against Plaintiff on all claims, and that Defendants shall recover their costs incurred herein.

Dated: September 12, 2011

_____
The Honorable James V. Selna
United States District Court Judge